Job Toles, plaintiff in error, *vs.* Miles Cole, defendant in error.

*Error to Kane.*

In an action of debt, the proper judgment is for the amount of the debt, to be discharged on the payment of the damages and costs.

This cause was heard before Hugh T. Dickey, Judge, and a jury, at a special term of the Kane Circuit Court. The action was in debt. The jury, in their verdict, found for the plaintiff $281 81; and the judgment thereon was, " that the plaintiff have judgment against the defendant for said sum of two hundred and eighty-one dollars and eighty-one cents, together with his costs herein." The defendant below sued out this writ of error.

Buckner vs. Thompson.

ARNOLD & LAY, for plaintiff in error.

I. G. WILSON, for defendant in error.

Opinion by TREAT, C. J.:

The action was debt, on a bond, in the penalty of $500, conditioned for the payment of whatever judgment might be recovered in a specified suit. Plea, *non est factum*. Verdict, "We, the jury, find for the plaintiff two hundred eight-one dollars and eighty-one cents;" and judgment accordingly. The jury should have found the amount of the penalty of the bond, as the debt, and the amount of the recovery in the action referred to in the condition, as the damages; and the proper judgment thereon would have been for the amount of the debt, to be discharged on the payment of the damages and costs. The case of Austin *vs.* The People, *ante*, 452, and the authorities there cited, are decisive.

Reverse the judgment, with costs, and remand the cause for further proceedings.

*Judgment reversed.*